|   |   |
|---|---|
| 1 | Carey Wood, SBN 292447 |
| 2 | **CONSUMER LAW EXPERTS, PC** <br> 800 Parkview Dr. N |
| 3 | El Segundo, California 90245 <br> Telephone: (310) 442-1410 |
| 4 | Fax: (877) 566-8828 <br> *carey@nolemon.com* <br> *service@nolemon.com* |
| 5 | Attorneys for Plaintiff, |
| 6 | CHRISTINE THOMPSON |

Carey Wood, SBN 292447
**CONSUMER LAW EXPERTS, PC**
800 Parkview Dr. N
El Segundo, California 90245
Telephone: (310) 442-1410
Fax: (877) 566-8828
*carey@nolemon.com*
*service@nolemon.com*

Attorneys for Plaintiff,
CHRISTINE THOMPSON

Soheyl Tahsildoost (Bar No.271294)
Nathaniel R. Cowden (Bar No.314983)
**THETA LAW FIRM, LLP**
12100 Wilshire Blvd. Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Fax: (424) 286-2244
*st@thetafirm.com*
*nc@thetafirm.com*

Attorneys for Defendant
PORSCHE CARS NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINE THOMPSON, an individual, | CASE NO.: 2:24-cv-1256 |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| PORSCHE CARS NORTH AMERICA, INC.; and DOES 1 through 50, inclusive | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, CHRISTINE THOMPSON, and Defendant, PORSCHE CARS NORTH AMERICA, INC., by and through their

1

JOINT NOTICE OF SETTLEMENT

counsel of record, hereby provide notice to the Court that they have reached a settlement in the above referenced matter. The parties request that the Court vacate all upcoming hearings.

Once all terms of the settlement are completed, the parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

Dated: April 16, 2024   CONSUMER LAW EXPERTS, PC

By:   /s/ Carey Wood
      Carey Wood, Esq.
      Attorneys for Plaintiff,
      CHRISTINE THOMPSON

Dated: April 16, 2024   THETA LAW FIRM, LLP

By:   /s/ Nathaniel Cowden
      Soheyl Tahsildoost, Esq.
      Nathaniel R. Cowden, Esq.
      Attorneys for Defendant,
      PORSCHE CARS NORTH
      AMERICA, INC.